IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

JOSE A. RUBIANI,           )
                           )
    Plaintiff,             )
                           )
vs.                        )  CV 306-029
                           )
FRED BURNETTE, Warden, et al., )
                           )
    Defendants.            )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the United States Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. This case be **DISMISSED** because Plaintiff has failed to state a claim upon which relief may be granted.

SO ORDERED this 22nd day of August, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE